

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00920-CR

LYDELL ANTON JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 221st District Court of Montgomery County. (Tr. Ct. No. 12-09-09812-CR).

This case is an appeal from the final judgment signed by the trial court on August 21, 2013, which was transferred by the Supreme Court of Texas to this Court from the Court of Appeals for the Ninth District of Texas. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Massengale.